UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY K. OPINIA,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A.,<br>　　　　Defendant. | Case No.16-cv-01078 NC<br><br>**NOTICE OF DEFICIENCY**<br>Re: Dkt. No. 6 |

Defendant Wells Fargo moved to dismiss the complaint on March 9, 2016.  An opposition was due on March 23, and none was filed.  Plaintiff must file an opposition or statement of non-opposition by April 6.  Defendant's reply is due by April 13.  The motion will remain noticed for April 20.

**IT IS SO ORDERED.**

Dated: March 31, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.16-cv-01078 NC